AVONDALE MIN. & MFG. CO., Appellant, v. FOSTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by the Avondale Mining & Manufacturing Company against David S. Foster. No opinion. Judgment and order affirmed, with costs.

___

BALDWIN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Anne McLean Baldwin against the Brooklyn Heights Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied.

___

BALDWIN et al., Appellants, v. RICE et al., Respondents. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Appeal from Special Term, New York County. Action by Adele Baldwin and William Ogden Harrison, administrators with the will annexed of Elizabeth B. Rice, deceased, against William M. Rice, Jr., and others, executors of William M. Rice, deceased. From a judgment (89 N. Y. Supp. 738) dismissing the complaint, plaintiffs appeal. Modified and affirmed. J. B. Leavitt, for appellants. J. Byrne, for respondents.

PER CURIAM. The judgment should be affirmed, on so much of the opinion of the court below as holds that the plaintiffs have no standing in court to maintain this action; but the judgment should not have been upon the merits. Judgment modified, by striking out "on the merits," and, as so modified, affirmed, without costs.

___

BALL, Respondent, v. CITY OF OSWEGO, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Torrey A. Ball, as receiver, etc., against the city of Oswego, impleaded with Celia McManus.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

___

BARNES, Respondent, v. MOONEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Romaine A. Barnes against Edward M. Mooney and another. No opinion. Judgment and order affirmed, with costs.

___

BARTLEMES, Respondent, v. LATHROP et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by William S. Bartlemes, as administrator, etc., against Edward F. Lathrop and others.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the ground that the evidence does not establish negligence upon the part of the defendant.

___

BAUMAN, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by William J. Bauman against the International Railway Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and fact.

STOVER, J., dissents.

___

BAYLIS v. WEIBEZAHL. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Action by Robert N. Baylis against Herman G. Weibezahl. No opinion. Application denied.

___

BENNETT et al., Respondents, v. O'ROURKE et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Max Bennett and Isaac H. Smith against Frederick O'Rourke and Isaac Jarashow. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

___

BENNETT, Appellant, v. PRESS PUB. CO., Respondent. SAME v. STAR CO. (Supreme Court, Appellate Division, Second Department. January 13, 1905.) Actions by Frederick P. Bennett against the Press Publishing Company and against the Star Company. No opinion. Judgment in each case affirmed, with costs.

___

BENZENBERG, Appellant, v. LINDEMANN, Respondent. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Frederick Benzenberg against Ernest Lindemann. No opinion. Judgment of the Municipal Court affirmed, with costs.

___

BERLOWITZ, Respondent, v. UNION SUBWAY CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 6. 1905.) Action by Paul Berlowitz against the Union Subway Construction Company. No opinion. Order granting new trial affirmed, with costs.

___

BERNSTEIN, Appellant, v. BANK OF STATE OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by Yetta Bernstein against the Bank of State of New York. M. Feltenstein, for appellant. H. W. Bridges, for respondent.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to plaintiff to amend, on payment of costs in this court and in the court below.

___

BERNSTEIN, Appellant, v. GRAHAM et al., Respondents. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Nathaniel Bernstein against George Graham and another. S. J. Goldsmith, for appellant. W. J. Leitch, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.